UNITED STATES DISTRICT COURT                                                    JON L. NORINSBERG, PLLC
SOUTHERN DISTRICT OF NEW YORK

---

**Plaintiff / Petitioner:**                                    **AFFIRMATION OF SERVICE**

Michael Saunders, on behalf of himself and all others similarly                **Case No:**
situated,                                                                      1:24-cv-07123

**Defendant / Respondent:**

Matawana LLC,                                                                  **Date Filed: 0/19/2024**

---

State of New York, County of KINGS) ss.:

The undersigned being duly sworn, Affirms and states the following; deponent is not a party herein, is over 18 years of age and resides in the State of New York.  That on Tuesday, October 01, 2024 AT 06:30 PM AT 628 SCHENCK AVENUE, Apt. 4F, BROOKLYN, NY 11207, dwelling place/usual place of abode/actual place of business, deponent served the within SUMMONS IN A CIVIL ACTION and CLASS ACTION COMPLAINT & DEMAND FOR JURY TRIAL on Matawana LLC c/o Leann Mata,

|   |   |
|---|---|
| [ ] | **Individual:** by delivering a true copy of each to said defendant, personally; deponent knew the person so served to be the person described as said defendant therein. |
| [X] | **Corporation:**  a defendant therein named, by delivering a true copy of each to Allen Mata - Resident / Son of Leann Mata, a person of suitable age and discretion. |
|  | **Suitable Person:** by delivering thereat, a true copy of each to _____ a person of suitable age and discretion. |
| [ ] | **Affixing to Door:** by affixing a true copy of each to the door thereof, deponent was unable with due diligence to find defendant, or a person of suitable age or discretion thereat, having called thereon; at _____ |
| [ ] | **Mailing:** Deponent also enclosed a copy of same, in a postpaid sealed wrapper properly addressed to said defendant at defendant's last known residence, _____, and depositing said wrapper in a post office, official depository under the exclusive care and custody of the United States Post Office, department, with New York State. The wrapper bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the Defendant. Mailed on _____. |
| [ ] | **Military Service:** I asked the person spoken to whether defendant was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. *Recipient wore ordinary civilian clothes and no military uniform.* The source of my information and the ground of my belief are the conversations and observations above narrated. Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes. |

**Description:**

| | | | |
|---|---|---|---|
| Age:  30-35 | Ethnicity:  African American | Gender:  Male | Weight:  200 + lbs |
| Height:  5'11" | Hair:  Black | Eyes:  Brown | Relationship:  Son |
| Other:  Large framed young man, black curly hair, wearing glasses. | | | |

*[signature]*

THOMAS DUNN                                              I affirm this 02 day of OCTOBER, 2024, under the penalties of
LIC# 2112491-DCA                                         perjury under the laws of New York, which may include a fine or
PEAK PROCESS SERVERS, INC.                               imprisonment, that the foregoing is true, and I understand that this
DCA Lic# 2079779-DCA                                     document may be filed in an action or proceeding in a court of law.
48 Davis Avenue, Port Washington NY 11050
Tel: 516.822.7070