**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**STEIN & NIEPORENT LLP**
David Stein (DS 2119)
1441 Broadway, Suite 6090
New York, NY 10018
(212) 308-3444

Attorneys for Defendant

| | |
|---|---|
| Michael Saunders, on behalf of himself and all others similarly situated, | DOCKET NO. 24-cv-7123 (JLR) (JW) |
| Plaintiff, | |
| – vs. – | **NOTICE OF APPEARANCE** |
| Matawana LLC, | |
| Defendant. | |

NOW COMES attorney David Stein, Esq., and enters his appearance in this matter on behalf of defendant Matawana LLC.

Dated:  November 14, 2024

_David Stein_

_____
David Stein (DS 2119)
STEIN & NIEPORENT LLP
1441 Broadway, Suite 6090
New York, NY 10018
(212) 308-3444
(212) 836-9595 (Fax)
dstein@steinllp.com

Attorneys for Defendant