

**STEIN & NIEPORENT LLP**
1441 Broadway, Suite 6090
New York, NY 10018
(212) 308-3444 Main
(212) 836-9595 Fax
www.steinllp.com

David Stein: DSTEIN@STEINLLP.COM
(admitted in NY, NJ, PA, DC, IL)

David Nieporent: DNIEPORENT@STEINLLP.COM
(admitted in NY, NJ)

November 14, 2024

**VIA ECF**

Hon. Jennifer L. Rochon, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street, Room 1920
New York, NY 10007

**The requested extension is GRANTED. The Court extends the deadline to file an answer to December 5, 2024.**

Date: November 21, 2024
New York, New York

SO ORDERED

*/s/ Jennifer Rochon/*
JENNIFER L. ROCHON
United States District Judge

**Re:   Saunders v. Matawana LLC**
*Case No. 24-cv-7123 (JLR) (JW)*

Dear Judge Rochon:

We just were retained to represent defendant Matawana LLC in the above-referenced ADA website accessibility case. Upon reviewing the docket, we notice that our client's response to the complaint was due on October 30 (and previously on October 22). With the gracious consent of opposing counsel, we respectfully request for the first time a *nunc pro tunc* extension of time until December 5 to respond to the complaint. No other dates will be affected if our request is granted.

We thank the Court for its attention to this matter, and we are available at Your Honor's convenience if the Court has any questions regarding the foregoing.

Respectfully submitted,

David Stein

cc: John L. Norinsberg, Esq. (via ECF)