UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL SAUNDERS, on behalf of himself and all others similarly situated,<br><br>       Plaintiff,<br><br>    -against-<br><br>MATAWANA LLC,<br><br>       Defendant. | Case No. 1:24-cv-07123 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

In light of the fact that Defendant has now filed its Answer, Dkt. 18, the parties are directed to meet and confer and submit a joint letter in accordance with the Court's previous order, *see* Dkt. 4. The parties shall meet and confer by **January 26, 2025**. The joint letter shall be due by **February 10, 2025**.

The parties are also reminded that they must follow case deadlines and Court orders. The parties have each been granted several courtesy extensions of deadlines and have failed to meet those deadlines. The parties are warned that continued failure to comply with deadlines and orders may result in adverse consequences.

Dated: December 27, 2024
   New York, New York

                   SO ORDERED.

                   *Jennifer Rochon*
                   JENNIFER L. ROCHON
                   United States District Judge