**Joseph & Norinsberg LLC**
Fighting for Employee Justice

| Downtown Manhattan Office | Midtown Manhattan Office | Newark Office |
| --- | --- | --- |
| One World Trade Center, 85th Floor | 110 East 59th Street, Suite 2300 | One Gateway Center, Suite 2600 |
| New York, NY 10007 | New York, New York 10022 | Newark, New Jersey 07102 |

| Philadelphia Office | Boston Office | Orlando Office |
| --- | --- | --- |
| 1650 Market Street, Suite 3600 | 225 Franklin Street, 26th Floor | 300 N. New York Ave, Suite 832 |
| Philadelphia, Pennsylvania 19103 | Boston, Massachusetts 02110 | Winter Park, Florida 32790 |

**Arjeta Albani, Esq.**
arjeta@employeejustice.com

February 10, 2025

<u>**VIA ECF**</u>
Hon. Jennifer L. Rochon
United States District Court Judge
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street, Room 20B
New York, N.Y. 10007-1312
(212) 805-0204

Re:   *Saunders v. Matawana, LLC*
      Case No. 1:24-cv-7123 (JLR)(JW)
      <u>Request to Adjourn Sine Die</u>

Dear Judge Rochon;

Our office represents Plaintiff Michael Saunders ("Plaintiff") in the above-referenced matter under the Americans with Disabilities Act ("ADA") against Defendant, *Matawana, LLC* ("Defendant"). We write now with the Defendant's consent, to respectfully inform the Court that the Parties have reached a settlement in principle in this action.

In light of the anticipated settlement, the parties respectfully request that all currently pending deadlines and conferences in this action be adjourned *sine die.*

Thank you for Your Honor's attention to this matter.

Sincerely,

**Joseph & Norinsberg, LLC**

Arjeta Albani, Esq.
110 East 59th Street, Suite 2300
New York, New York 10022

(212) 227-5700  
arjeta@employeejustice.com

c.c.  
Stein & Nieporent, LLP  
David Stein, Esq.  
1441 Broadway, Suite 6090  
New York, NY 10018  
New York, NY 10018  
(212) 308-3444